# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2011

142545
142547

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MONA LISA FRAZIER,
        Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellant.

_____/

SC: 142545
COA: 292149
Macomb CC: 2006-003787-NF

MONA LISA FRAZIER,
        Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellant.

_____/

SC: 142547
COA: 293904
Macomb CC: 2006-003787-NF

      On order of the Court, the applications for leave to appeal the December 21, 2010 judgment of the Court of Appeals are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address: (1) whether the plaintiff's injury "was a direct result of physical contact with equipment permanently mounted on the vehicle" within the meaning of MCL 500.3106(1)(b); (2) whether the plaintiff's injury was sustained while "alighting from the vehicle" within the meaning of MCL 500.3106(1)(c); and (3) whether the plaintiff is entitled to attorney fees pursuant to MCL 500.3148(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2011

_____
                  Clerk

h0614